UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**NOURI EDWARD HAKIM**     CASE NO.  3:25-CV-00303

**VERSUS**     JUDGE TERRY A. DOUGHTY

**ALAN A COHEN**     MAG. JUDGE KAYLA D. MCCLUSKY

### ORDER

The Report and Recommendation of the Magistrate Judge [Doc. No. 22] having been considered, no objections thereto having been filed,

**IT IS ORDERED** that the Motion is **DENIED IN PART** and **GRANTED IN PART**. To the extent that Defendant Alan Cohen ("Defendant") moves to dismiss for lack of personal jurisdiction, the Motion is **DENIED**. To the extent that Defendant moves for a stay, the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that once the Delaware federal district court issues a decision on the motion to transfer, the parties shall notify the Court.

MONROE, LOUISIANA, this 20th day of January 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE